FILED
18 NOV 30 PM 11: 39

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Garland Company, Inc., | ) | Case No. 1:18-CV-1238 |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| Technical Assurance, Inc., | ) | |
| Defendant. | ) | |

The Court held a Case Management Conference November 30, 2018, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the claims are settled and dismissed with prejudice and the counterclaims are settled and dismissed without prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

_____
Attorney for Plaintiff

_____
Attorney for Defendants

IT IS SO ORDERED.

_____ 11/30/18
Dan Aaron Polster          Date
United States District Judge